W. B. GLOVER, *as Administrator, etc.,* v. M. D. LAWLER
*et al.*

SUPREME COURT — *Record* — *Evidence.* Where the record brought to
the supreme court does not show that it contains all the evidence
upon which the findings and judgment are based, it cannot be said
that they are without sufficient support.

*Error from Neosho District Court.*

THE opinion states the case.

*E. A. Barber,* for plaintiff in error.

*G. A. Amos,* for defendants in error.

The opinion of the court was delivered by

JOHNSTON, J.: The plaintiff recovered judgment against
the defendants in the district court of Neosho county for
$241.07, but not being satisfied with the amount of the re-
covery, he brings the case here and asks a reversal.

The case was tried without a jury, and the court made special
findings of fact, and the only complaint now made is that the
findings and judgment are not sustained by the evidence. It
is perhaps unfortunate for the plaintiff that there is no state-
ment in the case-made that it contains all the evidence offered
on the trial. There is a statement to that effect in the certifi-
cate attached to the case-made, but this statement is without
any force. (*Eddy v. Weaver,* 37 Kas. 540; *Hill v. National
Bank,* 42 id. 364.)

As the record brought here does not show that it embraces
all the evidence upon which the findings and judgment were
based, we cannot say that they are without sufficient support.

Judgment affirmed.

All the Justices concurring.